Minnie C. Butts, appellant, v. C. A. Erickson et al., appellees. Gen. Nos. 35,400 and 35,401.

Opinion filed December 28, 1931. Rehearing denied January 11, 1932.

Isidore Vise, for appellant. Michael B. Roderick, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Joseph J. Burita, appellant, v. Checker Taxi Company, appellee. Gen. No. 35,430.

Opinion filed December 28, 1931.

Altheimer & Mayer, for appellant; A. B. Manion and John P. Burita, of counsel. Stebbins, L'Amoreaux & Hurtubise, for appellee; L. A. Stebbins and James C. Byrne, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Henry C. Ferguson, appellee, v. City of Chicago, appellant. Gen. No. 35,573.

Opinion filed December 28, 1931.

William H. Sexton, Corporation Counsel, and Alexander M. Smietanka, City Attorney, for appellant; E. A. Moynihan and Benjamin Nelson, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. William H. Haynes, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Teresa M. Gottschalk, plaintiff in error, v. Fred Becklenberg et al., defendants in error. Gen. No. 35,028.

Opinion filed December 29, 1931.

Hubert E. Page and Raymond M. Smith, for plaintiff in error. Shulman, Shulman & Abrams and Leland P. Broehl, for defendants in error; Meyer Abrams, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.